UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WHITNEY C. WATSON, Administrator of the Estate for Claude Watson,<br><br>            Plaintiff,<br><br>       v.<br><br>CENTRAL TRANSPORT LLC, CENTRA, INC., and DUANE JONES,<br><br>            Defendants. | Case No. 23-cv-434-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Whitney C. Watson's ("Whitney") motion for an order appointing her the special administrator of the Estate of Claude Watson ("Claude"), deceased, pursuant to the Illinois Wrongful Death Act, 740 ILCS 180/2.1, for the purposes of pursuing this litigation (Doc. 16).  Section 2.1 of the Wrongful Death Act provides:

> In the event that the only asset of the deceased estate is a cause of action arising under [the Wrongful Death] Act, and no petition for letters of office for his or her estate has been filed, the court, upon motion of any person who would be entitled to a recovery under [the Wrongful Death] Act, and after such notice to the party's heirs or legatees as the court directs, and without opening of an estate, may appoint a special administrator for the deceased party for the purpose of prosecuting or defending the action.

740 ILCS § 180/2.1.

Whitney is one of three known children of Claude, who died without leaving a spouse. She reports that this cause of action is the only asset of Claude's estate and that no letters of administration have been issued.  She further reports she has been in contact with her sister regarding this matter and has unsuccessfully attempted to contact her brother several times.

The Court finds that Whitney has substantially satisfied the requirements of 740 ILCS § 180/2.1.  Accordingly, the Court **GRANTS** her motion (Doc. 16) and **APPOINTS** her as

Special Administrator of the Estate of Claude Watson for the purpose of prosecuting this

litigation.

**IT IS SO ORDERED.**
**DATED:  April 6, 2023**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**