IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WHITNEY C. WATSON, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CENTRAL TRANSPORT LLC, et al., ) <br> ) <br> Defendants. ) | No.   23-cv-434 JPG |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 47). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties.  Here, plaintiff has presented a stipulation of dismissal signed by all parties.  Pursuant to the parties' stipulation, this case is **DISMISSED** without prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: 1/24/2024

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE